UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| COREY E. JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>CANINE OFFICER MCCOWAN, WARDEN JEFFREY KISER, CANINE SERGEANT STANLEY, VIRGINIA DEPARTMENT OF CORRECTIONS, HAROLD W. CLARKE, *in his individual capacity and official capacity as Director of the Virginia Department of Corrections*, WILLIAM BARBETTO, *in his individual capacity and official capacity as Statewide Canine Program Coordinator for the Virginia Department of Corrections*, A. DAVID ROBINSON, *in his individual capacity and official capacity as Chief of Corrections Operations for the Virginia Department of Corrections*, and JOHN DOES 1-4,<br><br>   Defendants. | Civil Action No. 7:20-cv-00582 |

## ORDER GRANTING *PRO HAC VICE* ADMISSION OF OREN NIMNI

Upon review and consideration of Plaintiff's motion for *pro hac vice* admission of Oren Nimni, Esquire, and it appearing that Mr. Nimni is licensed to practice law and is a bar member in good standing with Massachusetts, and thus qualified to appear on behalf of Plaintiff in this Action.

IT IS HEREBY ORDERED that attorney Oren Nimni of Rights Behind Bars shall be permitted to appear *pro hac vice* on behalf of Plaintiff in the above-captioned case, and to appear at hearings or trials in the absence of an associated member of the bar of this Court.

Entered: February __12th__, 2021.

              *Robert S. Ballou*
              United States Magistrate Judge