AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Corey E. Johnson </br> *Plaintiff* </br> v. </br> Canine Officer McCowan, et al </br> *Defendant* | ) </br> ) </br> )  Case No.  7:20-cv-00582-TTC-RSB </br> ) </br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:   2/24/2021

*Oren Nimni*
Attorney's signature

Oren Nimni- 691821
*Printed name and bar number*

416 Florida Avenue NW, #26152
Washington, DC 20001
*Address*

oren@rightsbehindbars.org
*E-mail address*

206-200-9088
*Telephone number*

202-217-3879
*FAX number*

Print    Save As...                    Reset