AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Corey E. Johnson | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:20-cv-00582 |
| Canine Officer Mccowan, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Corey E. Johnson.

Date: 06/02/2022

s/ Dania Qahoush
*Attorney's signature*

Dania Qahoush (CA Bar No. 335202)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
*Address*

dania.qahoush@arnoldporter.com
*E-mail address*

(213) 243-4042
*Telephone number*

(213) 243-4199
*FAX number*