# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Roanoke Division

COREY E. JOHNSON,

    Plaintiff,

v.                                            Case No.  7:20cv582

(K-9) OFFICER MCCOWAN, *et al.*,

    Defendants.

## DEFENDANTS MCCOWAN, BAKER, DEAN, AND CARROLL'S MOTION FOR SUMMARY JUDGMENT

K-9 Officer McCowan, K-9 Officer Baker, C/O S. Dean, and C/O P. Carroll, by counsel, hereby submit this Motion for Summary Judgment. For the reasons more fully set forth in the accompanying memorandum, Defendants request that the Court grant this Motion and dismiss all claims asserted against them.

Respectfully submitted,

K-9 OFFICER MCCOWAN, K-9 OFFICER E. BAKER, C/O S. DEAN, and C/O P. CARROLL

By:      /s/ Timothy E. Davis
Timothy E. Davis, AAG, VSB #87448
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 225-4226
(804) 786-4239 (Fax)
Email:  tdavis@oag.state.va.us

      /s/    Richard C. Vorhis

Richard C. Vorhis, SAAG, VSB #23170
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-4805
(804) 786-4239 (Fax)
E-mail: rvorhis@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record for the Plaintiff.

      /s/ Timothy E. Davis
Timothy E. Davis, AAG, VSB#87448
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 225-4226
(804) 786-4239 (Fax)
Email: tdavis@oag.state.va.us