IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

COREY E. JOHNSON,

       Plaintiff,

v.                                                                    Case No. 7:20cv582

(K-9) OFFICER MCCOWAN, et al.,

       Defendants.

## AFFIDAVIT

State of Virginia, County of Wise, to-wit:

       C. STANLEY, first being duly sworn, states as follows:

       1.     I am a Corrections Lieutenant and the Institutional Investigator at Red Onion State Prison ("ROSP").

       2.     The information contained in this affidavit is based on personal knowledge and records maintained in the regular and ordinary course of business.

       3.     I am generally aware of inmate Corey Johnson's, #1061522, allegation in this current lawsuit that on May 2, 2020, Officer McCowan maliciously deployed his canine against him as he was lying motionless and face down on the floor with his arms extended outward. Officer McCowan's canine proceeded to maul Johnson's arm and myself and other officers chose to stand by and allow him to suffer.

       4.     MaxPro video footage of the incident on May 2, 2020 in A-1 pod (200502181046_ROSP111HUA100FRONT360_(1)_1) was preserved.  This footage was provided to Plaintiff's counsel on June 30, 2021.  A copy of this footage is attached as Enclosure

A.

5.      Additional MaxPro video footage of the incident on May 2, 2020 in A-1 pod

(200502181502_ROSP113HUA100CENTER_(1)_1) was also preserved.  This footage was

provided to Plaintiff's counsel on June 30, 2021.  A copy of this footage is attached as Enclosure

B.

C. STANLEY

_____
Affiant

Sworn and subscribed to before me a Notary Public, in and for the State of Virginia,
County of Wise, on this _5th_ day of October 2022.

_____
Notary Public

My commission expires:                    _1-31-2024_

# Enclosure A

# CD of video footage from May 2, 2020
# 200502181046_ROSP111HUA100FRONT360_(1)_1
# is being filed directly with the court

# Enclosure B

## CD of video footage from May 2, 2020
## 200502181502_ROSP111HUA100CENTER_(1)_1
## is being filed directly with the court