# Exhibit 3

# To Deposition of William Barbetto

# FILED UNDER SEAL