# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

COREY E. JOHNSON,

    Plaintiff,

v.                                                                                  Case No. 7:20cv582

(K-9) OFFICER MCCOWAN, *et al.*,

    Defendants.

## MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF PATRICK H. HURLEY

Defendants, by counsel, hereby submit this Motion *In Limine*. For the reasons set forth in the accompanying memorandum, Defendants respectfully request that the Court exclude or limit the testimony of Plaintiff's expert witness Patrick H. Hurley.

                                      Respectfully submitted,

                                      K-9 OFFICER MCCOWAN, K-9 OFFICER E. BAKER, C/O S. DEAN, C/O P. CARROLL, JEFFREY KISER, K-9 SERGEANT J. STANLEY, HAROLD W. CLARKE, MAJOR WILLIAM J. BARBETTO, and A. DAVID ROBINSON

                    By:        /s/ Timothy E. Davis
                              Timothy E. Davis, AAG, VSB #87448
                              Office of the Attorney General
                              Criminal Justice & Public Safety Division
                              202 North 9th Street
                              Richmond, Virginia 23219
                              (804) 225-4226
                              (804) 786-4239 (Fax)
                              Email: tdavis@oag.state.va.us

/s/   Richard C. Vorhis
Richard C. Vorhis, SAAG, VSB #23170
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-4805
(804) 786-4239 (Fax)
E-mail: rvorhis@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record for the Plaintiff.

/s/ Timothy E. Davis
Timothy E. Davis, AAG, VSB#87448
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 225-4226
(804) 786-4239 (Fax)
Email: tdavis@oag.state.va.us