IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

COREY E. JOHNSON,

    Plaintiff,

v.    Case No. 7:20cv582

(K-9) OFFICER MCCOWAN, *et al.*,

    Defendants.

## MOTION *IN LIMINE*

Defendants K-9 Officer McCowan, K-9 Officer E. Baker, C/O S. Dean, C/O P. Carroll, Jeffrey Kiser, K-9 Sergeant Stanley, Harold W. Clarke, William Barbetto, and A. David Robinson, by counsel, hereby move this Court for entry of an Order excluding or limiting Plaintiff's use of evidence pertaining to canine engagements within the Virginia Department of Corrections other than the incident at issue in this case. For the reasons set forth in the accompanying memorandum, Defendants respectfully request this Court to limit or exclude this evidence as set discussed therein.

    Respectfully submitted,

    K-9 OFFICER MCCOWAN, K-9 OFFICER E.
    BAKER, C/O S. DEAN, C/O P. CARROLL,
    JEFFREY KISER, K-9 SERGEANT J. STANLEY,
    HAROLD W. CLARKE, MAJOR WILLIAM J.
    BARBETTO, and A. DAVID ROBINSON

By:    /s/ Timothy E. Davis
    Timothy E. Davis, AAG, VSB #87448
    Office of the Attorney General

Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 225-4226
(804) 786-4239 (Fax)
Email:  tdavis@oag.state.va.us

    /s/    Richard C. Vorhis
Richard C. Vorhis, SAAG, VSB #23170
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-4805
(804) 786-4239 (Fax)
E-mail:  rvorhis@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record for the Plaintiff.

          /s/ Timothy E. Davis
Timothy E. Davis, AAG, VSB#87448
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 225-4226
(804) 786-4239 (Fax)
Email:  tdavis@oag.state.va.us