**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division**

COREY E. JOHNSON,

       Plaintiff,

v.                                 CASE NO.  7:20-cv-00582

CANINE OFFICER MCCOWAN, *et al.*,

       Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Corey E. Johnson and Defendants Canine Officer McCowan, Canine Officer Baker, C/O Dean, and C/O Carroll, hereby file this joint stipulation of dismissal with prejudice, with each party bearing their own fees and costs.

Dated: January 24, 2023          Respectfully submitted,

*/s/ Lauren S. Wulfe*

Oren Nimni (admitted *pro hac vice*)
Sophie Angelis (admitted *pro hac vice*)
RIGHTS BEHIND BARS
416 Florida Ave. NW #26152
Washington, D.C. 20001
Tel: 202.455.4399
E-mail: oren@rightsbehindbars.org
E-mail: sophie@rightsbehindbars.org

Ian S. Hoffman (VA Bar # 75002)
John A. Freedman (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Tel: 202.942.5000
Fax: 202.942.5999
E-mail: Ian.Hoffman@arnoldporter.com
E-mail: John.Freedman@arnoldporter.com

Andrew C. Johnson (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: +1 415.471.3321
E-mail: Andrew.Johnson@arnoldporter.com

Lauren S. Wulfe (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
Tel: 213.243.4000
Fax: 213.243.4199

E-mail: Lauren.Wulfe@arnoldporter.com

*Counsel for Plaintiff Corey E. Johnson*

/s/ Timothy E. Davis
Timothy E. Davis, AAG, VSB#87448
Richard C. Vorhis, SAAG, VSB#23170
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 225-4226
(804) 786-4239 (Fax)
Email: tdavis@oag.state.va.us
Email: rvorhis@oag.state.va.us

*Counsel for Defendants K-9 Officer McCowan,
K-9 Officer E. Baker, C/O S. Dean, and C.O P.
Carroll*

## CERTIFICATE OF SERVICE

I electronically filed the forgoing document with the Clerk of Court for the United States District Court for the Western District of Virginia on January 24, 2023, using the CM/ECF system, which will send notification of such filing to all CM/ECF registered attorneys on the NEF.

*/s/ Lauren S. Wulfe*
Lauren S. Wulfe
Counsel for Plaintiff